UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL MINUTES/CALENDAR

UNITED STATES MAGISTRATE JUDGE: ROBERT L. DUBE'

CASE NO: 07-23253-CIV-UNASSIGNED     CT ROOM: VII

TIME: 2:00 PM    DATE: 1/8/08    END: 2:30pm

STYLE: IN THE MATTER OF THE EXTRADITION OF RAM C. NADWANI (J)79886-004

ATTORNEY(S)/PLTF: Wilfredo Fernandez AUSA

ATTORNEY(S)/DEFT: David O. Markus Esq. / Marc Seitles Esq.

PROCEEDING BOND HEARING. — Arg. held - csl for Ram Nadwani proffers to the court. O/A heard — Court orders: $500,000 PSB - $100,000 10% co-signed family members — needed. Elec mon - paid by Mr. Nadwani $50,000 + Home confinement — may see dr. csl - apts as directed — curfew — as pretrial directs. Govt seeks Appeal to District Judge. Judge denied Stay — Final Ext. Hrg. 4/4/08 10 am before Judge Dube' order to follow.

Magistrate Clerk: N.J. FLOOD
TAPE NUMBER: 08H- 1-2659    REPORTER: N/A
0814-2-1
(No interp needed.)