UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-23253-UNASSIGNED

IN THE MATTER OF THE EXTRADITION
OF RAM CHOITHRAM NANDWANI,

_____/

## ORDER SETTING BOND

THIS CAUSE is before the Court on the Emergency Motion for Bond Hearing. (D.E. #8). After reviewing the file in this cause and based on the representations of counsel during the Bond Hearing held by this Court on January 8, 2008, it is **ORDERED AND ADJUDGED** that a bond is hereby imposed on the Defendant, Ram Choithram Nandwani, in this case with the following conditions:

(1)    A $500,000.00 personal surety bond, a $100,000.00 10% bond, and a $50,000.00 corporate surety bond with a Nebbia requirement. The personal surety bond and the 10% bond shall be co-signed by family members.

(2)    Home Confinement with electronic monitoring. Mr. Nandwani shall be restricted to his residence except as required for medical treatment and care. The costs of the electronic monitoring shall be paid for by Mr. Nandwani.

(3)    Mr. Nandwani shall report to Pretrial Services as directed by the Pretrial Services Officer.

(4)    Mr. Nandwani shall have a curfew as imposed by Pretrial Services.

(5)    All standard conditions of bond shall apply.

**DONE AND ORDERED** this __9__ day of January, 2008.

                                                    _____
                                                    ROBERT L. DUBÉ
                                                    UNITED STATES MAGISTRATE JUDGE

cc:   Wilfredo Fernandez, AUSA
       Marc David Seitles, Esq.
       David Oscar Markus, Esq.
       Pretrial Services