UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-23253-UNASSIGNED

IN THE MATTER OF THE EXTRADITION
OF RAM CHOITHRAM NANDWANI,

_____ /

### ORDER ON UNOPPOSED MOTION TO MODIFY BOND

THIS CAUSE is before the Court on the Unopposed Motion to Modify Bond Conditions filed by Defendant, Ram Choithram Nandwani. (D.E. #31). After reviewing the motion, the file in this cause, and noting no opposition to the relief requested, it is **ORDERED AND ADJUDGED** as follows:

The Unopposed Motion to Modify Bond Conditions (D.E. #31) is **GRANTED** and the following bond condition is hereby modified:

(1)   Mr. Nandwani's curfew shall be from 10:00 p.m. to 6:30 a.m..

(2)   **All other terms and conditions of the bond previously imposed by this Court shall remain in full force and effect.**

**DONE AND ORDERED** this 15 day of January, 2008.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE

cc: Wilfredo Fernandez, AUSA
Marc David Seitles, Esq.
David Oscar Markus, Esq.
Pretrial Services