UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-23253-CR-Unassigned/Dubé

UNITED STATES OF AMERICA

vs.

RON CHOITHRAM NANDWANI

      Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the complaint against the above named defendant.

Respectfully submitted,

DATE: April 3, 2008

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

cc:   Asst. U.S. Attorney ( Wilfredo Fernandez, AUSA)
       Mark David Seitles, Esq.
       Pretrial Services

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 4 April 08

_____
UNITED STATES MAGISTRATE JUDGE